UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLORY BROTHERS LLC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-07632-LB<br><br>**ORDER DIRECTING SERVICE OF PROCESS**<br><br>Re: ECF No. 13 |

The plaintiff filed a complaint against the defendants on December 3, 2022.[1] Under Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve the complaint and summons on a defendant. That 90-day period will expire on March 6, 2023. *See* Fed. R. Civ. P. 4(m). In its case-management statement, the plaintiff said that it hasn't served the defendant and requested until May 8, 2023 to do so (without showing good cause for the delay).[2] The court orders the plaintiff to serve the defendants and file proof of service by April 3, 2023 (or show good cause by that date for the failure to serve). Failure to do either of these may result in dismissal of the case without

---

[1] Compl. – ECF No. 1.

[2] Case Mgmt. Statement – ECF No. 13 at 2.

ORDER – No. 22-cv-07632-LB

prejudice under Rule 4(m) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 3, 2023



LAUREL BEELER
United States Magistrate Judge